UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-19 JVS (FFM) | Date | February 13, 2018 |
|---|---|---|---|
| Title | *Ronnie Lee v. Los Angeles County Probation Department* et al. | | |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:  Attorneys Present for Respondent:

None Present    None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ORDER DEFENDANTS TO REIMBURSE THE UNITED STATES MARSHAL FOR SERVICE EXPENSES**

The United States Marshal has asserted that it directly incurred expenses of $75.68 and $212.12 in personally serving the California Department of Corrections and Rehabilitation and the Los Angeles County Probation Department, respectively, after mailed waivers of service of process were not returned. (*See* Attachments.)

The Court therefore ORDERS defendants to show cause in writing, within 15 days of the date hereof, why the Court should not issue an order requiring defendants to reimburse the United States Marshal for the above-cited expenses. *See* Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

                                                                                               :
                                                        Initials of Preparer         JM

**ATTACHMENT**



United States Marshals Service,
Central District of California
Los Angeles

Notification of Expenses Incurred by the United States Marshal RE:
In Forma Pauperis Personal Service on Defendant

To: The Honorable Judge Mumm
RE: Plaintiff Ronnie Lee v. Defendant LA County Probation Dept, et al.,
 Case Number: CV 17-19 JVS (FFM)

The below listed expenses have been incurred directly as the result of the United States Marshal, Central District of California, performing personal service of the summons and complaint in the above titled action upon defendant California Department of Corrections & Rehabilitation and/or upon an individual who is among the class of persons who can accept service in the behalf of the defendant and/or who is legally competent to receive service of process within the usual dwelling place of abode of the defendant. The United States Marshal was ordered by the Court to personally serve this named defendant after a mailed waiver letter of service of process was not returned to the United States Marshal.

The United States Marshal for the Central district of California comes now to the Court concerning the instant In Forma Pauperis matter CV 17-19 JVS (FFM) in a request to have the Court ORDER the Defendant to reimburse the United States Marshal for the time and expense that was expended to personally serve him. The cost associated with this claim is evidenced on the attached form USM-285 in regards to the actual break-down of expenses resulting from Deputy Marshal time and vehicle mileage which is the customary basis for arriving at a monetary amount for this type of service of process activity. The United States Marshal for the Central District of California is now requesting a reimbursement of $75.68 from this Defendant California Department of Corrections & Rehabilitation.

David M. Singer
United States Marshal
Central District of California

| United States Marshals Service | | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF | Ronnie Lee | COURT CASE NUMBER | CV17-19 JVS FFM |
| DEFENDANT | California Department of Corrections and Rehabilitation | TYPE OF PROCESS | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
California Department of Corrections and Rehabilitation

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1515 S Street, Sacramento, California 95811

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronnie Lee
1681 So. Harvard Bl.
Los Angeles CA 90006

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronnie Lee
TELEPHONE NUMBER: (323) 600-7000
DATE: 03/09/17

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/2 | 12 | 12 | Sandra Parfan | 3/10/1 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
ROBIN STRINGER, LEGAL ASSISTANT

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12-7-17
Time: 1050 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 105- | 2.08 | 8- | 75.08 | | | |

REMARKS: 3/31/17 mail waiver. 11/17/17 ~~mail new waiver~~ prepare for Personal service. Forward to 097
11/27/17- Assigned personal service E/M

# of DUSMs: 1    # of HRS: 1    # of R.T. miles: 5

PRIOR EDITIONS MAY BE USED — 2. USMS RECORD — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)



**United States Marshals Service,**
**Central District of California**
**Los Angeles**

Notification of Expenses Incurred by the United States Marshal RE: In Forma Pauperis Personal Service on Defendant

To: The Honorable Judge Mumm
RE: Plaintiff Ronnie Lee v. Defendant LA County Probation Dept, et al.,
   Case Number: CV 17-19 JVS (FFM)

The below listed expenses have been incurred directly as the result of the United States Marshal, Central District of California, performing personal service of the summons and complaint in the above titled action upon defendant Los Angeles County Probation Department and/or upon an individual who is among the class of persons who can accept service in the behalf of the defendant and/or who is legally competent to receive service of process within the usual dwelling place of abode of the defendant. The United States Marshal was ordered by the Court to personally serve this named defendant after a mailed waiver letter of service of process was not returned to the United States Marshal.

The United States Marshal for the Central district of California comes now to the Court concerning the instant In Forma Pauperis matter CV 17-19 JVS (FFM) in a request to have the Court ORDER the Defendant to reimburse the United States Marshal for the time and expense that was expended to personally serve him. The cost associated with this claim is evidenced on the attached form USM-285 in regards to the actual break-down of expenses resulting from Deputy Marshal time and vehicle mileage which is the customary basis for arriving at a monetary amount for this type of service of process activity. The United States Marshal for the Central District of California is now requesting a reimbursement of $212.12 from this Defendant Los Angeles County Probation Department.

David M. Singer
United States Marshal
Central District of California

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Ronnie Lee |
| COURT CASE NUMBER | CV 17-19 JVS FFM |
| DEFENDANT | Los Angeles County Probation Department |
| TYPE OF PROCESS | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Probation Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9150 Imperial Highway Downey, California 90242

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Ronnie Lee
1681 S. Harvard Bl
Los Angeles, CA 90006

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ronnie Lee
TELEPHONE NUMBER: (323) 900-7000
DATE: 03/09/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1/2
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk: Sandra Jan
Date: 3/10/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
William Rowe, Clerk

Date of Service: 10/19/17
Time: 1300 pm
Signature of U.S. Marshal or Deputy: 30349

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 195- | 17.12 | | 212.12 | | | |

REMARKS: 3/30/17 mailed waiver 10/13/17 prep for personal service
10/19/17 2 DUSMS 32 miles R/T 2 hrs.

PRIOR EDITIONS MAY BE USED
2. USMS RECORD
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, *subpoena*, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

- Additional USM-285 forms may be obtained, without cost, from the Clerk of the U.S. District Court, U.S. Marshal, or printed from http://www.usmarshals.gov/process/usm 285.pdf.