UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE,<br><br>             Plaintiff,<br>   v.<br>LOS ANGELES COUNTY<br>PROBATION DEPARTMENT, et al.,<br><br>            Defendants. | No. CV 17-19-JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of United States Magistrate Judge (Docket No. 70), and the late objections thereto (Docket No. 74). Good cause appearing, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that Judgment be entered dismissing the counts against California Department of Corrections & Rehabilitation (Counts One, Two, Three, and Four of the Second Amended Complaint) with prejudice, dismissing Counts Five and Six against the County of Los Angeles with prejudice, and dismissing the state law claim in Count Seven without prejudice.

DATED: July 8, 2019

JAMES V. SELNA
United States District Judge