# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE, <br><br> Plaintiff, <br> v. <br> July 2, 2019 <br> LOS ANGELES COUNTY <br> PROBATION DEPARTMENT, et al., <br><br> Defendants. | No. CV 17-19-JVS (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that all counts against California Department of Corrections & Rehabilitation (Counts One, Two, Three, and Four of the Second Amended Complaint) are dismissed with prejudice, Counts Five and Six against the County of Los Angeles are dismissed with prejudice, and the state law claim in Count Seven is dismissed without prejudice.

DATED: July 8, 2019

_____
JAMES V. SELNA
United States District Judge